# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| WARREN DAVIS PROPERTIES XXV, )<br>L.L.C., a Missouri limited liability company,)<br>)<br>and )<br>)<br>DAVIS PROPERTY MANAGEMENT, )<br>L.L.C, a Missouri limited liability company, )<br>)<br>    Plaintiffs, )<br>)<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, an Illinois corporation, )<br>)<br>And )<br>)<br>AMERICAN GUARANTEE AND )<br>LIABILITY INSURANCE COMPANY, )<br>an Illinois corporation, ) | Cause No. 6:21-CV-03177-LMC |

## ZURICH AMERICAN INSURANCE COMPANY'S MOTION
## TO DISMISS PLAINTIFFS' PETITION

Defendant Zurich American Insurance Company ("Zurich") hereby moves to dismiss Plaintiffs' Petition pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs have failed to state a claim upon which relief can be granted against Zurich. In support of its Motion, Zurich incorporates the arguments set forth in its Suggestions in Support, filed herewith.

    Respectfully submitted,

    /s/Timothy J. Wolf
Timothy J. Wolf, #53099
Brown & James, P.C.
800 Market Street, Suite 1100
Saint Louis, Missouri 63101
314-421-3400
314-421-3128 (fax)
twolf@bjpc.com
*Attorney for Defendants*

1

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system this 22nd day of July, 2021, to all counsel of record.

                                                   /s/Timothy J. Wolf

\#26236878.1