IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **WARREN DAVIS PROPERTIES XXV, L.L.C., et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) Case No. 6:21-cv-03177-MDH ) |
| **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,** an Illinois corporation, | ) ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 47) wherein in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this matter with prejudice with the parties to bear their own costs.

WHEREFORE, after review, the Court **GRANTS** the parties' Stipulation of Dismissal With Prejudice (Doc. 47), and hereby dismisses this case in its entirety with prejudice, with each party paying its own costs.

**IT IS SO ORDERED.**

DATED:   August 24, 2022

　　　　　　　　　　　　　　　　　　　　 /s/ Douglas Harpool
　　　　　　　　　　　　　　　　　　　**DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**